IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ACOSTA,

        Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.
_____/

No.  CIV.S-05-0878 DAD

<u>ORDER</u>

        Counsel for plaintiff has filed an Application for Appointment of Guardian Ad Litem.  That application indicates plaintiff David Acosta is deceased and requests that the mother of plaintiff's children, Sheryl Whitley, be appointed as the children's guardian ad litem in this action.  According to the application, plaintiff's "minor children are the sole heirs to any interest that may survive the deceased plaintiff David Acosta."  (Application at 2.)  However, the instant application is premature in that there has been no substitution of parties since the death of plaintiff.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The recently filed Application for Appointment of Guardian Ad Litem is denied without prejudice;

2. If the children of the deceased plaintiff desire to be substituted as plaintiffs in this action, a proper notice of motion and motion for substitution of parties shall be filed within thirty (30) days. The parties are referred to Federal Rule of Civil Procedure 25 in this regard; and

3. Any application for appointment of guardian ad litem may be renewed in connection with the motion for substitution, if any.

DATED: May 2, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.socsec/acosta.death

2