1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  SHARON SANDS
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8  Attorneys for Defendant

9

10                 IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12  DAVID ACOSTA,

13        Plaintiff,                    CASE NO. **2:05-CV-00878-DAD**

14    v.                                STIPULATION AND ORDER
                                         SETTLING ATTORNEY'S FEES
15                                       PURSUANT TO THE EQUAL
    JO ANNE B. BARNHART,                 ACCESS TO JUSTICE ACT
16   Commissioner of                     (EAJA)
     Social Security,
17
          Defendant.
18

19        It is stipulated by the parties through their undersigned

20  counsel, with the Court's approval, that counsel for Plaintiff be

21  awarded attorney's fees under the Equal Access to Justice Act (EAJA)

22  in the amount of THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

23  ($3,500.00), for compensation for legal services rendered on

24  Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

25  constituting a compromise settlement for all fees under the EAJA in

26  this action, but not constituting any admission of Defendant's

27

28
    ACOSTA v. Barnhart
    EAJA Stip & Order
    2:05-cv-00878-DAD          **1**

liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

/s/ Peter Brixie
*(As authorized on* OCTOBER 13, 2006)
PETER BRIXIE
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney


By:  /s/ Bobbie J. Montoya
*(As signed on* OCTOBER 13, 2006)
SHARON SANDS
*for*
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration

ACOSTA v. Barnhart
EAJA Stip & Order
2:05-cv-00878-DAD

**2**

1                                   ORDER

2        Counsel for Plaintiff is hereby awarded attorney's fees

3  pursuant to the Equal Access to Justice Act in the amount of

4  $3,500.00, pursuant to the stipulation of the parties.

5        APPROVED AND SO ORDERED.

6  DATED: October 23, 2006.

7

8                          _____

9                          DALE A. DROZD
                           UNITED STATES MAGISTRATE JUDGE
10

11
   Ddad1/orders.socsec/acosta0878.stipord.attyfee
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   ACOSTA v. Barnhart
   EAJA Stip & Order                    3
   2:05-cv-00878-DAD